

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00053-CV

**DERRICK WAYNE MCDONALD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2022-600-3**

## MEMORANDUM  OPINION

Appellant, Derrick Wayne McDonald, a prison inmate, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing the time to file a brief), 38.8(a) (governing the failure of appellant to file a brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See id.* at R. 42.(b) (allowing involuntary dismissal of a case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief.

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith,
Appeal dismissed
Opinion delivered and filed May 10, 2023
[CV06]

